**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CENTURY SURETY COMPANY,**

    **Plaintiff,**

v.                                                 Case No.: 2:11-cv-159-FtM-36DNF

**CARIBBEAN INVESTORS, LLC,**

    **Defendant and Third Party Plaintiff,**

v.

**SHORES INSURANCE INCORPORATED,**
**And SHOWKAT HOSSAIN**

    **Third Party Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Third Party Defendants Shores Insurance Incorporated and Showkat Hossain's Motion to Dismiss the Complaint of Third Party Plaintiff Caribbean Investors, LLC. (Dkt. 72) The Motion requests dismissal due to Caribbean Investors' ("Caribbean") failure to comply with several Court orders.

On October 4, 2012, the Court granted Caribbean's September 11, 2012 Motion to permit attorney Jack C. Morgan to withdraw and provided Caribbean twenty-one (21) days from the date of the order to retain new counsel and to file a notice of appearance. (Dkt. 69) The Order warned that the Court would "recommend that a default be entered against Caribbean Investors, LLC as to the Complaint, and that any third-party claims

and any counterclaims be dismissed for failure to prosecute." (Id. at 2) Caribbean has not filed a notice of appearance by counsel. On April 9, 2013, the Court entered an Order requiring Caribbean to show cause as to why a default should not be entered for its failure to respond. (Dkt. 75) No response has been filed.

Accordingly, it is now

**ORDERED**:

Third Party Defendants Shores Insurance Incorporated and Showkat Hossain's Motion to Dismiss the Complaint of Third Party Plaintiff Caribbean Investors, LLC is **GRANTED.** Caribbean Investors, LLC's Third Party Complaint (Dkt. 48) is **DISMISSED WITH PREJUDICE** for failure to comply with court orders and failure to prosecute.

**DONE** and **ORDERED** in Fort Myers, Florida, this 10th day of May 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party