**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

CENTURY SURETY COMPANY,

    Plaintiff,

v.                                         Case No: 2:11-cv-159-FtM-38DNF

CARIBBEAN INVESTORS LLC,

    Defendant/Third-Party Plaintiff

SHORES INSURANCE
INCORPORATED and SHOWKAT
HOSSIAN,

    Third-Party Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file. On May 13, 2013, the Honorable Mary S. Scriven granted Century's Renewed Motion for Judgment on the Pleadings and noted that a separate final judgment would be entered in favor of the Plaintiff. (Doc. #76). A separate judgment has yet to issue. Thus, the Court will now enter judgment in accordance with the May 13, 2013 Order. (Doc. #76).

Further, on May 13, 2013, Judge Scriven entered an Order dismissing with prejudice Caribbean Investors, LLC's Third-Party Complaint for failure to comply with Court orders and failure to prosecute. (Doc. #77). As judgment will now be entered on Plaintiff's Complaint and because Caribbean Investors, LLC's Third-Party Complaint has been dismissed with prejudice, the Court will direct that this matter be closed. Any requests for attorney's fees and costs and supporting evidence may be filed separately.

Accordingly, it is now

**ORDERED:**

(1) The Clerk of Court is directed to enter judgment in favor of the Plaintiff Century Surety Company and against the Defendant Caribbean Investors LLC on Plaintiff's Complaint pursuant to this Court's May 13, 2013 Order (Doc. #76). Caribbean's claim for loss and/or damage to the CIA 204 (barge) and MUHEET (tug) and their cargo is precluded under Century's Commercial Ocean Marine Policy Number CCP646720.

(2) Plaintiff's Renewed Motion for Judgment on the Pleadings, or, Alternatively, for Summary Judgment (Doc. #73) is **DENIED as moot**.

(3) The Clerk is further directed to terminate any pending motions and deadlines, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record